1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  DIANA S. ERB, ESQ.
   Nevada Bar No. 10580
3  AKERMAN SENTERFITT LLP
   400 South Fourth Street, Suite 450
4  Las Vegas, Nevada 89101
   Telephone:     (702) 634-5000
5  Facsimile:     (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: diana.erb@akerman.com

7  *Attorneys for Defendants*
   *Bank of America Corporation and*
8  *ReconTrust Company, N.A.*

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

| | |
|---|---|
| CECIL G. ABREA and HELEN G. ABREA, as husband and wife,<br><br>                    Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a foreign corporation; RECONTRUST COMPANY, a Nevada corporation; JVL CAPITAL, LLC, an Arizona limited liability company; LENNY SEMIS, an individual; MIRMELLI FAMILY TRUST, a Trust; VLADIMIR RABINOVIVH, an individual; JOHN DOES I through V; and DOE CORPORATIONS I through X inclusive,<br><br>                    Defendants. | Case No.: 2:10-cv-01133-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| JVL CAPITAL, LLC, an Arizona limited liability company,<br><br>                    Counterclaimant,<br><br>vs.<br><br>CECIL G. ABREA and HELEN G. ABREA, as husband and wife,<br><br>                    Counterdefendants. | |

{LV023150;1}                              1

|   |   |
|---|---|
| 1 | JVL CAPITAL, LLC, an Arizona limited liability company, |
| 2 |   |
| 3 | Crossclaimant, |
| 4 | vs. |
| 5 | BANK OF AMERICA CORPORATION, a foreign corporation; RECONTRUST COMPANY, a Nevada corporation, |
| 6 |   |
| 7 | Crossdefendants. |

Plaintiffs CECIL G. ABREA and HELEN G. ABREA and Defendants BANK OF AMERICA CORPORATION ("BAC") and RECONTRUST COMPANY ("RECONTRUST" and, collectively "BAC") hereby stipulate to dismiss this matter without prejudice.

///

///

///

///

///

///

///

///

///

///

///

///

///

Each party shall bear their own attorney's fees and costs. The parties further stipulate to vacate all pending motions and hearings.

Dated this 9th day of March, 2011.
**AKERMAN SENTERFITT LLP**

/s/ Diana S. Erb
ARIEL E. STERN
Nevada Bar No. 8276
DIANA S. ERB
Nevada Bar No. 10580
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Bank of America Corporation and ReconTrust Company*

Dated this 9th day of March, 2011.
**RANDOLPH LAW FIRM, P.C.**

/s/ Taylor L. Randolph
TAYLOR L. RANDOLPH
Nevada Bar No. 10194
1835 Village Center Circle
Las Vegas, Nevada 89134

*Attorneys for Cecil G. Abrea and Helen G. Abrea*

IT IS SO ORDERED.

*[signature]*

UNITED STATES DISTRICT COURT JUDGE

Dated: March 16, 2011

{LV023150;1}

3